UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09cr37-BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| DAVID LEE COX | ) | |

The Grand Jury charges that:

### COUNT ONE

From a date unknown to the Grand Jury, but no later than in or about 2001, and continuing through June 2008, in the Eastern District of North Carolina, DAVID LEE COX, defendant herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute five (5) kilograms or more of cocaine and 50 grams or more of cocaine base (crack), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841 (a)(1), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about September 27, 2006, in the Eastern District of North Carolina, DAVID LEE COX, defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Section 841 (a)(1).

## COUNT THREE

On or about November 1, 2006, in the Eastern District of North Carolina, DAVID LEE COX, defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1).

## COUNT FOUR

On or about December 20, 2006, in the Eastern District of North Carolina, DAVID LEE COX, defendant herein, did knowingly, intentionally and unlawfully distribute a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1).

A TRUE BILL



GEORGE E.B. HOLDING
United States Attorney


BY: BARBARA D. KOCHER
Assistant United States Attorney