FILED IN OPEN COURT
ON 10/14/09
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-37-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SPECIAL VERDICT FORM |
| | ) | |
| DAVID LEE COX | ) | |

1. We, the Jury, find as to the defendant, DAVID LEE COX, on Count One of the Indictment:

   _____ Not Guilty

   __X__ Guilty

   *(If your verdict is guilty, you are instructed to determine and mark each drug and mark the quantity of each drug that you determine this defendant possessed with the intent to distribute)*

   __X__ Cocaine
   (**Yes** or No)

   _____ At least 5 kilograms

   _____ At least 500 grams but less than 5 kilograms

   __X__ Less than 500 grams

   __X__ Cocaine Base (Crack)
   (Yes or **No**)

   _____ At least 50 grams

   _____ At least 5 grams but less than 50 grams

   _____ Less than 5 grams

2.  We, the Jury, find as to the defendant, DAVID LEE COX, on Count Two of the Indictment:

    _____  Not Guilty

    \_\_X\_\_  Guilty

3.  We, the Jury, find as to the defendant, DAVID LEE COX, on Count Three of the Indictment:

    _____  Not Guilty

    \_\_X\_\_  Guilty

\_\_\_\_4.  We, the Jury, find as to the defendant, DAVID LEE COX, on Count Four of the Indictment:

    _____  Not Guilty

    \_\_X\_\_  Guilty

October 14, 2009
DATE

Susan Brown
FOREPERSON'S SIGNATURE

FILED IN OPEN COURT
ON 10/14/09
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

**VERDICT**

vs.

**CASE NUMBER: 5:09-CR-37-1BO**

**David Lee Cox**

**WE, THE JURY, FIND the defendant David Lee Cox:**

_Guilty_ As to Count 1 of the Indictment.

_Guilty_ As to Count 2 of the Indictment.

_Guilty_ As to Count 3 of the Indictment.

_Guilty_ As to Count 4 of the Indictment.

_Susan Brown_
FOREPERSON'S SIGNATURE

_October 14, 2009_
DATE