UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:09-CR-37-BO

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | NOTICE OF APPEAL |
| DAVID LEE COX, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

    COMES NOW, counsel for the Defendant, David Lee Cox, and hereby files this Notice of Appeal to the Fourth Circuit Court of Appeals. The Defendant does hereby give notice of his Appeal of the criminal judgment entered by the District Court Terrence W. Boyle, in Raleigh, North Carolina, on January 21, 2010 and entered on the docket on January 29, 2010. The appeal is from the Eastern District of North Carolina, Southern Division, to the Fourth Circuit Court of Appeals. The appeal is made of right in accordance with the Federal Rules of Appellate Procedure, Rule 4(b).

    This the 1st day of February 2010.

    Sullivan, Trabucco & Wagoner, LLP.

    By: /s/Slade C. Trabucco
Slade C. Trabucco
Attorney for Defendant
29 North Third Street
Wilmington, NC 28401
Telephone: (910) 362-1809
Facsimile: (910) 362-9925
N.C. State Bar No.: 31843
slade@mailsnare.net

## CERTIFICATE OF SERVICE

      I hereby certify that I this day have served a copy of this pleading upon the parties to this action by electronic means this the 1st day of February 2010.

                                            Sullivan, Trabucco & Wagoner, LLP.

                                            By: /s/Slade C. Trabucco
                                            Slade C. Trabucco
                                            Attorney for Defendant
                                            29 North Third Street
                                            Wilmington, NC 28401
                                            Telephone: (910) 362-1809
                                            Facsimile: (910) 362-9925
                                            N.C. State Bar No.: 31843
                                            slade@mailsnare.net

TO:    Mrs. Barbara Kocher
         Assistant United States Attorney
         Eastern District of North Carolina
         310 New Bern Avenue
         Federal Building, Suite 800
         Raleigh, North Carolina 27601